**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Kamal Nadir LUQMAN, Defendant–
Appellant.**

No. 06–41738
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 11, 2008.

Alan Reeve Jackson, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

James W. Volderbing, Tyler, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Kamal Nadir Luqman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Luqman has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.